EX PARTE D. E. HAMER, O. M. CARMICHAEL AND W. M. COX.

No. 7160.   Decided October 28, 1936.
(97 S. W., 2d Series, 673.)

*Hughes & Monroe,* of Dallas, for relators.

MR. JUDGE GERMAN delivered the opinion for the court.

This is a companion case with the case of Winfield Morten, ante, 216, 97 S. W. (2d) 672, this day decided by this Court. It involves the same facts and the same situation, and these parties were declared in contempt at the same time as was Winfield Morten for violating the same injunction.

In accordance with the decision in that case the writ of habeas corpus is granted and the relators are ordered discharged.

Opinion adopted by the Supreme Court, October 28, 1936.